[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-13759

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ALVON HICKMON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00381-SCB-CPT-1

_____

2                  Opinion of the Court                  21-13759

Before ROSENBAUM, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Alvon Jarrel Hickmon in this appeal from his conviction and sentence for possession of a firearm by a felon, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is GRANTED, and Hickmon's conviction and sentence are AFFIRMED.